ORDERED.

Dated:  October 21, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| In re ) | |
| HAWKERS, LLC, *et al.*, ) | Jointly Administered Under Case No.: 6:24-bk-05079-LVV |
| Debtors. ) | Chapter 11 |
| ) | |

## CONSENT ORDER GRANTING
## BARBARA DEMSEY AND ROBERT DEMSEY'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

This case is before the Court upon the motion of creditors, Barbara Demsey and Robert Demsey ("Movants"), pursuant to 11 U.S.C. § 362(d), Bankruptcy Rules 4001 and 9014 and Local Rule 9004-2 (the "Motion") [Docket No. 51], seeking the entry of an order modifying the automatic stay to permit them to proceed with the state court litigation for the purposes of liquidating Movants' claim.  By submission of this order for entry, the submitting counsel represents that counsel for the Debtor consents to its entry.  Having considered the Motion and upon the consent of the parties, it is ORDERED:

1. The motion is granted.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit Movants to prosecute and liquidate their claims by either litigation, settlement, trial or any other means in the pending State Court Litigation (as described in the Motion) solely against the proceeds of any available insurance policy under any applicable coverage.

3. Movants shall not attempt to collect directly from the Debtor.

4. Movants shall not be entitled to execute *in personam* on any judgment obtained against the Debtor or its bankruptcy estate, nor shall they be entitled to any *in rem* relief against the Debtor or its bankruptcy estate.

5. The automatic stay shall otherwise remain in full effect.

Katheryn E. Hancock, Esq. is directed to serve copies of this order on parties in interest and file proof of service of same within 3 days of the date of this order.