**Fill in this information to identify the case:**

Debtor name    **Hawkers, LLC**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)    **6:24-bk-05079-LVV**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 23, 2024**    X **/s/ Kaleb C. Harrell**
     Signature of individual signing on behalf of debtor

     **Kaleb C. Harrell**
     Printed name

     **Manager**
     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Hawkers, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-05079-LVV**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................. $     **490,373.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................................. $     **876,413.90**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................ $     **1,366,786.90**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **23,000,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **187,954.58**

4.   **Total liabilities** ......................................................................................................................
     Lines 2 + 3a + 3b

$     **23,187,954.58**

**Fill in this information to identify the case:**

Debtor name    **Hawkers, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-05079-LVV**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank (working capital)** | **Checking Account** | **3701** | **$327,643.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$327,643.00**

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11a. 90 days old or less: | **217,173.00** | - | **0.00** | = .... | **$217,173.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Hawkers, LLC**                                              Case number *(If known)*    **6:24-bk-05079-LVV**
Name

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$217,173.00** |
| --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** Food & beverage | | **Unknown** | **Recent cost** | **$11,366.90** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$11,366.90** |
| --- |

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    **Hawkers, LLC**                                      Case number *(If known)*  **6:24-bk-05079-LVV**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Various office furniture.** | Unknown | Liquidation | $20,008.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Various office equipment including but not limited to computer(s), printer(s), telephone(s), cash register(s), etc.** | Unknown | Liquidation | $18,942.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                                    | $38,950.00 |
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 GMC Yukon XL Denali (60k miles)**<br>**VIN# 1GKS1JKLXMR300010**<br>**KBB Value $49,972**<br>**2021 GMC Yukon AT4 (60k miles)**<br>**VIN# 1GKS2CKD7MR286097**<br>**KBB Value $47,594**<br>**2021 Qudi Q7  (22k miles)**<br>**VIN# WA1VXBF7XMD041410**<br>**KBB Value $40,732**<br>**2016 Chevy Silverado (85k miles)**<br>**1GCRCREH3GZ370124**<br>**KBB Value $15,940**<br>**2023 GMC Sierra 1500 Denali (29k miles)**<br>**1GTUUHEL1PZ111296**<br>**KBB Value $64,415** | Unknown | Liquidation | $218,653.00 |

Debtor    **Hawkers, LLC**                                   Case number *(If known)*  **6:24-bk-05079-LVV**
_____Name_____

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **Various kitchen equipment and appliances
       including but not limited to oven(s), grill(s),
       freezer(s), refrigerator(s), blender(s), fryer(s),
       etc.)**                                        Unknown    Liquidation              $57,937.00

       **Various furniture, fixtures, and equipment.**    Unknown    Liquidation               $2,185.00

       **Fixtures and signage**                        Unknown    Liquidation               $2,502.00

51.    **Total of Part 8.**                                                          | $281,277.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Leasehold improvements to commercial real property located at: 54 W. Church St., Ste. 250, Orlando, FL 32801** | Leasehold | Unknown | Recent cost | $490,373.00 |

56.    **Total of Part 9.**                                                          | $490,373.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

Debtor    **Hawkers, LLC**                                     Case number *(If known)*  **6:24-bk-05079-LVV**
_____
Name

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Various brand copyrights and trademarks. | **Unknown** | **N/A** | **$1.00** |
| 61. | **Internet domain names and websites** Corporate website:  www.eathawkers.com | **Unknown** | **N/A** | **$1.00** |
| 62. | **Licenses, franchises, and royalties** Various business licenses. | **Unknown** | **N/A** | **$1.00** |
| 63. | **Customer lists, mailing lists, or other compilations** Customer list(s) | **Unknown** | **N/A** | **$1.00** |
| 64. | **Other intangibles, or intellectual property** Ownership interests in: Hawkers Bev Co, LLC Hawkers Bev Co Addison, LLC | **Unknown** | **N/A** | **Unknown** |
| 65. | **Goodwill** | | | |

66.  **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

                                                                               **$4.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:    All other assets**

Debtor   **Hawkers, LLC**
Name

Case number *(if known)*   **6:24-bk-05079-LVV**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Hawkers, LLC**                                    Case number *(If known)*  **6:24-bk-05079-LVV**
        Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $327,643.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $217,173.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,366.90 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $38,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $281,277.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $490,373.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $4.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $876,413.90 | + 91b. $490,373.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,366,786.90 |

**Fill in this information to identify the case:**

Debtor name **Hawkers, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:24-bk-05079-LVV**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  ABC Funding, LLC**<br>Creditor's Name<br><br>**222 Berkeley Street**<br>**18th Floor**<br>**Boston, MA 02116**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All personal property and accounts receivables.** | **$23,000,000.00** | **$490,373.00** |

Creditor's email address, if known

Describe the lien

**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**11/09/2022**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $23,000,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List anyone else who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ABC Funding, LLC**<br>**Attn: Dennis Kim**<br>**222 Berkeley St., 18th FL**<br>**Boston, MA 02116** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name __**Hawkers, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __**6:24-bk-05079-LVV**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Hawkers, LLC**                                    Case number (if known)    **6:24-bk-05079-LVV**
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $993.53 |
|---|---|---|---|

**Canon Financial Services**
**14904 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**Carport Creative LLC**
**3912 Virginia Dr**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cheney Brothers**
**2801 W. Silver Springs Blvd**
**Ocala, FL 34475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Digital CFOs**
**3500 Silver Thorn Ct**
**Oviedo, FL 32766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dong A**
**816 N. Mills Avenue**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.51 |
|---|---|---|---|

**EcoLab Pest Elimination Div.**
**26252 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Pest control services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,419.70 |
|---|---|---|---|

**Emmaculate Reflections**
**25049 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Hawkers, LLC** | Case number (if known) | **6:24-bk-05079-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,996.00**

**Employment Boost**
**145 S Livernois**
**Rochester Hills, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eola Technology Partners**
**3670 Maguire Boulevard**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HSC 55 West**
**55 West Church St.**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,857.84**

**Interplan LLC**
**220 E Central Parkway**
**Suite 4000**
**Altamonte Springs, FL 32701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Mason Marketing Group LLC**
**10830 Gilroy Road**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mr. Greenjean's Produce**
**PO Box 592837**
**Orlando, FL 32859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00**

**Nationwide Insurance**
**1855 W State Road 434**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Last 4 digits of account number __

Basis for the claim:  **Insurance policy**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Hawkers, LLC**                                Case number (if known)  **6:24-bk-05079-LVV**
        _____                                         _____
        Name

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**OLO**
**285 Fulton St**
**New York, NY 10007**

Date(s) debt was incurred  9/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**OUC**
**PO Box 31329**
**Tampa, FL 33631**

Date(s) debt was incurred  9/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paylocity**
**PO Box 87844**
**Carol Stream, IL 60188**

Date(s) debt was incurred  9/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Principal Life Insurance Co.**
**711 High Street**
**Des Moines, IA 50392**

Date(s) debt was incurred  9/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance policy.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,475.00** |
|---|---|---|---|

**Provident Hospitality Group**
**1800 Valley View Lane**
**Suite 150**
**Dallas, TX 75126**

Date(s) debt was incurred  9/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sysco Corporation**
**1390 Enclave Parkway**
**Houston, TX 77077**

Date(s) debt was incurred  9/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,000.00** |
|---|---|---|---|

**Veris Benefits**
**PO Box 375**
**Souderton, PA 18964**

Date(s) debt was incurred  9/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Hawkers, LLC** | Case number (if known) | **6:24-bk-05079-LVV** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 187,954.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                    187,954.58 |

**Fill in this information to identify the case:**

Debtor name **Hawkers, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-05079-LVV**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease on commercial real property located at 54 W. Church St., Ste. 250, Orlando, FL 32801**<br><br>**BREIT MF 55 WEST LLC**<br>**c/o ShopCore Properties, L.P**<br>**307 Fellowship Road**<br>**Suite 116**<br>**Mount Laurel, NJ 08054** |

**Fill in this information to identify the case:**

Debtor name _____**Hawkers, LLC**_____

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____**6:24-bk-05079-LVV**_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Hawkers, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Hawkers Intermediate, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Hawkers Topco, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Hawkers Growth Fund I, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Hawkers Growth Fund II, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Hawkers Holdings, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Hawkers Addison, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Hawkers Ashford, LLC** | **54 W. Church St., Ste.250 Orlando, FL 32801** | **ABC Funding, LLC** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

| 2.9 | Hawkers Ballantyne, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
|------|------|------|------|------|
| 2.10 | Hawkers Ballston, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Hawkers Bethesda, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Hawkers Bev Co Addison, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | Hawkers Bev Co, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.14 | Hawkers Chapel Hill, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | Hawkers Deep Ellum, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 | Hawkers Delray Beach, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.17 | E. Nashville, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.18 | Hawkers Five Points, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.19 | Hawkers Franklin, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.20 | Hawkers Greenville, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 | Hawkers Houston Heights, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.22 | Hawkers Mosiac, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D  2.1 <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.23 | Hawkers Neptune Beach, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 | Hawkers Old Fourth Ward, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.25 | Hawkers Payroll, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.26 | Hawkers Southend, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.27 | Hawkers St. Pete, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.28 | Hawkers Windermere, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.29 | Oriental Hawkers, LLC | 54 W. Church St., Ste.250 Orlando, FL 32801 | ABC Funding, LLC | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Hawkers, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-05079-LVV**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,580,128.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1.   **See SoFA Exhibit 3** | **June 23, 2024 through September 23, 2024** | **$9,827,716.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | Hawkers, LLC | Case number *(if known)* | 6:24-bk-05079-LVV |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Barbara Demsey and Robert Demsey vs Southcoast Beaches II LLC and Hawkers LLC<br>16-2023-CA-002348-XXXX | Civil suit (trip and fall) | Duval County Circuit Court<br>501 West Adams St.<br>Jacksonville, FL 32202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | See attached SoFA Exhibit 9 | Donations, sponsorships, etc. | 11-6-2023 to 8/8/2024 | $36,612.91 |
| | Recipients relationship to debtor<br>Various | | | |

| Debtor | **Hawkers, LLC** | Case number *(if known)* | **6:24-bk-05079-LVV** |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Prepetition fees and expenses.** | **9/23/2024** | **$89,954.50** |
| | Email or website address<br>**rshuker@shukerdorris.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Retainer for post-petition fees and expenses.** | **9/23/2024** | **$159,045.50** |
| | Email or website address<br>**rshuker@shukerdorris.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Hawkers, LLC | Case number *(if known)* | 6:24-bk-05079-LVV |
|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer list with contact information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Vestwell Administrative Services, LLC** | EIN:   46-2198823 |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Hawkers, LLC** | Case number *(if known)* | **6:24-bk-05079-LVV** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Hawkers, LLC** | | Case number *(if known)* | **6:24-bk-05079-LVV** |
|---|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **See SoFA Exhibit 25** | | **EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **CohnReznick**<br>**3560 Lenox Road NE, Ste 2900**<br>**Atlanta, GA 30326** | **June 2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **CohnReznick**<br>**3560 Lenox Road NE, Ste 2900**<br>**Atlanta, GA 30326** | **June 2018 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **CohnReznick**<br>**3560 Lenox Road NE, Ste 2900**<br>**Atlanta, GA 30326** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Hawkers, LLC** | Case number *(if known)* | **6:24-bk-05079-LVV** |
|---|---|---|---|

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Robert Walker | 8/27/2024 | $113,669.85 - recent cost |

| Name and address of the person who has possession of inventory records |
|---|
| Robert Walker<br>54 W. Church St., Ste. 250<br>Orlando, FL 32801 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kaleb C. Harrell | 54 W. Church St., Ste. 250<br>Orlando, FL 32801 | CEO | 25% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Allen C. Lo | 54 W. Church St., Ste. 250<br>Orlando, FL 32801 | Brand Chef | 25% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Wayne I. Yung | 54 W. Church St., Ste. 250<br>Orlando, FL 32801 | Creative Director | 25% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Estate of Danny Ho | 54 W. Church St., Ste. 250<br>Orlando, FL 32801 | n/a | 25% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ken Baker | 54 W. Church St., Ste. 250<br>Orlando, FL 32801 | CFO | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Debtor | **Hawkers, LLC** | Case number *(if known)* | **6:24-bk-05079-LVV** |
|---|---|---|---|

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Danny Ho** | **54 W. Church Street, Ste. 250 Orlando, FL 32801** | **Managing Partner** | **From 2010 to January 2024 (deceased).** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached SoFA Exhibit 30** | | | |
|  | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Hawkers Holdings, LLC** | **EIN:** 46-2198823 |
| **Hawkers TOPCO, LLC** | **EIN:** 88-4050704 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 23, 2024**

**/s/ Kaleb C. Harrell**                                         **Kaleb C. Harrell**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Hawkers, LLC - 6:24-bk-05079-LVV

SoFA Exhibit 3 - Disbursments with aggregate total over $7575 within 90 days of filing

| | 101 - Mills | 102 - Five Points | 103 - St. Pete | 104 - Neptune Beach | 105 - Windermere | 106 - Old Fourth Ward | 107 - Delray Beach | 108 - Southend | 109 - Chapel Hill | 110 - E. Nashville | 111 - Bethesda | 112 - Ballston Exchange | 113 - Dallas Deep Ellum | 114 - Ashford Lane | 115 - Addison - KgP | 116 - Mosaic | 117 - Domain | 118 - Ballantyne | 901 - Hawkers, LLC | 904 - Hawkers Commissary | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sysco - Central Florida | 248,897 | 254,533 | 199,217 | 192,209 | 200,943 | | 133,382 | | | | | | | | | | | | 29,026 | 227,137 | 1,485,344 |
| Summit Partners | | | | | | | | | | | | | | | | | | | 862,742 | | 862,742 |
| Produce Alliance | 24,381 | 27,595 | 22,132 | 23,969 | 19,960 | 23,538 | 19,936 | 22,949 | 9,030 | 21,929 | 19,540 | 17,282 | 10,419 | 16,939 | 12,339 | | | | 116,607 | | 408,565 |
| Toast | 29,918 | 31,707 | 28,897 | 32,148 | 26,433 | 27,634 | 23,490 | 34,795 | 14,961 | 35,479 | 28,584 | 30,079 | 12,580 | 22,901 | 20,578 | | | | 3,487 | | 403,671 |
| Sysco - Charlotte | | | | | | | | 264,310 | 111,114 | | | | | | | | | | | | 375,424 |
| Sysco - Atlanta | | | | | | 198,720 | | | | | | | | | 148,551 | | | | | | 347,271 |
| Sysco - Baltimore | | | | | | | | | | | 177,670 | 152,339 | | | | | | | | | 330,009 |
| Sysco - Nashville | | | | | | | | | | 296,952 | | | | | | | | | | | 296,952 |
| Emmaculate Reflections (KBS Kellermeyer Bergensons) | 36,954 | 13,016 | 13,161 | 11,522 | 12,436 | 9,429 | 12,061 | 11,824 | 12,208 | 12,999 | 13,960 | 14,340 | 9,520 | 12,480 | 13,424 | | | | 76,348 | | 285,682 |
| Nationwide (PET) | 70,717 | | | | | | | | | | | | | | | | | | 213,632 | | 284,349 |
| CoreStates Inc | | | | | | | | | | | | | | | | | | 153,470 | 81,654 | | 235,124 |
| Sysco - Dallas | | | | | | | | | | | | | 108,835 | | 119,093 | | | | | | 227,928 |
| Integrated Cooling Solutions | 31,356 | | | | | 150,000 | | | | | | | | | | | | | | | 181,356 |
| Windermere Property Holdings LLC | 27,278 | | | | 132,169 | | | | | | | | | | | | | | | | 159,447 |
| TriMark United East LLC | 3,832 | 8,509 | 1,997 | 1,185 | 3,709 | 131,240 | | 2,405 | 744 | | | | | 1,523 | | | | | 2,500 | | 157,644 |
| PR-RE I LLC | 50,419 | | | | | | | 100,838 | | | | | | | | | | | | | 151,257 |
| Veris Benefits Consortium | | | | | | | | | | | | | | | | | | | 113,224 | | 113,224 |
| AP 1930 Camden Rd. LP | 29,964 | | | | | | | 62,464 | | | | | | | | | | | | | 92,428 |
| VOP Partners LLC | 31,525 | | | | | | | | | | | | | | | 58,998 | | | | | 90,523 |
| Street Retail Inc. | 27,801 | | | | | | | | | | 57,055 | | | | | | | | | | 84,856 |
| Jamestown Premier Stafford I LLC | 28,030 | | | | | | | | | | | 55,669 | | | | | | | 1,014 | | 84,713 |
| Southern Glazer's Wine & Spirits of FL | 9,517 | 15,467 | 14,104 | 14,690 | 12,502 | | 13,174 | | | | | | | | | | | | 4,859 | | 84,313 |
| Interplan LLC | 915 | | | | | 689 | | | | | | | | | | 475 | 44,040 | | 38,154 | | 84,273 |
| Southcoast Beaches II LLC | 21,082 | | | 57,568 | | | | | | | | | | | | | | | | | 78,650 |
| OLO | 364 | 278 | 130 | 225 | 188 | | 131 | 137 | 130 | 225 | 12 | 139 | 69 | 138 | 138 | | | | 74,626 | | 76,930 |
| CTO20 Perimeter LLC | 24,935 | | | | | | | | | | | | | 49,870 | | | | | | | 74,805 |
| HSC 55 West | | | | | | | | | | | | | | | | | | | 72,867 | | 72,867 |
| Premier Beverage Co.dba Breakthru Beverage Florida | 8,236 | 13,123 | 10,638 | 16,775 | 11,229 | | 8,898 | | | | | | | | | | | | 2,557 | | 71,456 |
| Paro South LLC | 11,979 | | | | | | | | | 57,936 | | | | | | | | | | | 69,915 |
| AP Studioplex Commercial Mstr Unit Ownr | 24,689 | | | | | 43,045 | | | | | | | | | | | | | | | 67,734 |
| Eola Technology Partners | | | 952 | 30 | | 89 | 26 | | | | | | | | | | | | 62,489 | | 63,586 |
| RRPV University Chapel Hill LP | 20,440 | | | | | | | | | 40,880 | | | | | | | | | | | 61,320 |
| East Madeira Corporation | | | 40,718 | | | | | | | | | | | | | | | | 19,185 | | 59,903 |
| CohnReznick LLP | | | | | | | | | | | | | | | | | | | 57,850 | | 57,850 |
| Woods Holdings LLC | 56,893 | | | | | | | | | | | | | | | | | | | | 56,893 |
| AP Deep Ellum LLC | 18,954 | | | | | | | | | | | | 37,908 | | | | | | | | 56,862 |
| Restaurant Technologies Inc. | 9,110 | | 1,112 | 1,574 | 2,180 | 3,121 | 1,895 | 2,957 | 1,012 | 3,869 | | 2,647 | 3,385 | 2,853 | 2,158 | | | | 11,259 | 6,533 | 55,665 |
| Quest Real Estate LLC | 18,257 | 36,514 | | | | | | | | | | | | | | | | | | | 54,771 |
| Duke Energy | | | 15,125 | | 13,186 | | | 13,150 | 9,690 | | | | | | | | | | | | 51,151 |
| Paylocity | 1,084 | 1,215 | | 1,266 | | 1,454 | | 636 | 954 | 1,205 | 911 | 827 | 673 | | | | | | 40,013 | | 50,238 |
| CTB Enterprises LLC | 13,605 | 5,150 | 3,500 | 7,800 | 5,010 | | | | | | | | | | | | | | 8,510 | | 43,575 |
| TWC Services | 812 | | | 5,248 | 658 | 1,398 | 3,080 | | 15,647 | | | | | | | | | | 15,380 | | 42,223 |
| Georgia Power (GPC) | | | | | | 24,193 | | | | | | | | | | | 17,949 | | | | 42,142 |
| Dong-A | 7,878 | | | | | | | | | | | | | | | | | | 13,867 | 20,223 | 41,968 |
| SBC Food Corporation | 6,350 | | | | | | | | | 16,894 | 10,332 | | | | | | | | 7,931 | | 41,507 |
| Meck ABC #27 South Tryon Street | | | | | | | | 34,657 | | | | | | | | | | | 2,765 | | 37,422 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST JOHNS AIR INC | 12,756 | 8,461 | | 1,412 | 4,913 | | | | | | | | | | | | 8,754 | 1,125 | 37,421 |
| Montgomery County Maryland Alcoholic Beverage Services (MCG Department) | | | | | | | | | | | | | | 36,531 | | | | | 36,531 |
| Provident Hospitality Group LLC | | | | | | | | | | | | | | | | | 35,475 | | 35,475 |
| Empire Distributors, Inc. - Atlanta | | | | | 15,789 | | | | | | | | | | | 7,602 | 10,564 | | 33,955 |
| EcoLab | 1,343 | 1,112 | 1,753 | 1,456 | 1,526 | 2,048 | 1,852 | 1,496 | 1,478 | 1,334 | 1,660 | 1,765 | 1,790 | 1,736 | 1,762 | | 9,197 | | 33,308 |
| Virginia Alcoholic Beverage Store 49 | | | | | | | | | | | | | | | | 21,688 | 9,745 | | 31,433 |
| Gas South, LLC | 2,884 | 2,395 | 2,938 | 2,979 | 6,186 | 2,001 | 2,133 | | | | | | | | | 4,662 | 5,090 | | 31,268 |
| Coyle Hospitality Group | 4,198 | 2,094 | 1,344 | 760 | 1,587 | 1,349 | 1,019 | 1,641 | 1,638 | 1,553 | 1,285 | 1,314 | 1,855 | 1,342 | 1,618 | | 5,585 | | 30,182 |
| R.L. SCHREIBER INC. | 2,131 | 2,219 | 1,604 | 916 | 1,626 | 1,687 | 1,289 | 1,909 | 1,060 | 2,571 | 1,382 | 836 | 1,433 | 1,227 | 1,378 | | 2,254 | 4,406 | 29,928 |
| Mason Marketing Group LLC | 3,382 | 93 | 78 | 120 | 1,421 | 566 | | 289 | | 99 | 96 | | | | 485 | | 22,479 | | 29,108 |
| Soapbox (Hutch) | 5,089 | | | | | | | | | | | | | | | | 24,000 | | 29,089 |
| Shell Energy (MP2) | | | | | | | | | | | | | | | | 13,543 | | 15,222 | 28,765 |
| Cheney Brothers Inc | | | | | | | | | | | | | | | | | 980 | 27,261 | 28,241 |
| Cintas | 2,436 | 2,797 | 2,461 | 2,267 | 2,901 | | 2,228 | 1,744 | 1,208 | 1,992 | 1,881 | 949 | 1,229 | | | | 218 | 2,451 | 26,762 |
| Principal Life Insurance Company | | | | | | | | | | | | | | | | | 26,309 | | 26,309 |
| P3 Cost Analysts | 3,367 | | | | | | | | | | | | | | | | 22,849 | | 26,216 |
| Cintas Fire National Accounts | 9,239 | 1,596 | 1,772 | 1,549 | 1,253 | | 1,896 | 1,081 | | 1,891 | | 3,693 | | 646 | 753 | | | 621 | 25,990 |
| Uline | 1,573 | | | | | | | 695 | | | | | | | | | 5,615 | 16,417 | 24,300 |
| Spec's Family Partners | | | | | | | | | | | | | | | | 12,079 | 8,053 | 3,851 | 23,983 |
| Mr. Greenjean's Produce | | | | | | | | | | | | | | | | | 13,458 | 8,985 | 22,443 |
| Orlando Utilities Commission (OUC) | | | | | | | | | | | | | | | | | 21,877 | | 21,877 |
| Lipman Brothers 01 | | | | | | | | | | | | | 12,690 | | | | 9,165 | | 21,855 |
| Pepco | | | | | | | | | | | | | | | | | 21,738 | | 21,738 |
| City of St. Petersburg | | | 12,625 | | | | | | | | | | | | | | 9,112 | | 21,737 |
| Vestis | | | | | | 4,719 | | | | | | | | | | 3,556 | 1,599 | 11,640 | 21,514 |
| FPL | | | | | | | 21,141 | | | | | | | | | | | | 21,141 |
| R365 | | | | | | | | | | | | | | | | | 20,007 | | 20,007 |
| Creation Gardens | 2,041 | | | | | | | | | 11,798 | | | | | | | 6,077 | | 19,916 |
| Contract Equipment Specialist | | 5,885 | 4,471 | 6,541 | | | | | | | 1,840 | | | | | | 1,062 | | 19,799 |
| Washington Gas | | | | | | | | | | | 7,676 | 5,221 | | | | | 6,826 | | 19,723 |
| General Wholesale Company | | | | | | 6,290 | | | | | | | | | | 3,654 | 9,602 | | 19,546 |
| Teco Peoples Gas | 3,875 | 2,290 | 3,923 | 3,830 | | | | | | | | | | | | | 5,142 | | 19,060 |
| Comcast | | 259 | | 1,392 | | 575 | 856 | | | 620 | 858 | 836 | | 1,283 | | | 11,798 | | 18,477 |
| Nashville Electric Service (NES Electric) | | | | | | | | | | | 18,362 | | | | | | | | 18,362 |
| Webb Mason Inc. | 3,921 | 1,418 | 177 | 1,901 | 771 | 461 | 1,164 | 923 | 888 | 2,024 | | 216 | 1,078 | 185 | | | 3,226 | | 18,353 |
| EcoLab Pest Elimination Division | 1,895 | 490 | 347 | 474 | 638 | 630 | 1,017 | 861 | 630 | 606 | 630 | 303 | 1,023 | 630 | 682 | | 6,216 | 1,058 | 18,130 |
| Republic National Distributing - Atlanta | | | | | | | | 12,022 | | | | | | | | | 4,708 | 1,184 | 17,914 |
| Easy Ice LLC | 3,525 | 890 | 1,393 | | 1,186 | 867 | 930 | 864 | 825 | 789 | 964 | 1,467 | | | | | 3,822 | | 17,522 |
| Piedmont Natural Gas | | | | | | | | 8,380 | 8,635 | | | | | | | | 436 | | 17,451 |
| Shuffield Lowman & Wilson P.A. | | | | | | | | | | | | | | | | | 17,442 | | 17,442 |
| KLS | | | | | | | | | | | | | | | | | 17,429 | | 17,429 |
| Navan Inc | 4,752 | | | | | | | | | | | | | | | | 12,638 | | 17,390 |
| Dominion Energy- Ballston | | | | | | | | | | | | | | 10,637 | | | 6,622 | | 17,259 |
| Republic National Distributing Company | 1,964 | | 2,528 | | 3,057 | | | | | | | | | | | | 9,375 | | 16,924 |
| Cleveland Menu Printing Inc | | | | | | | | | | | | | | | | | 16,838 | | 16,838 |
| Champion Brands, Inc. | | 6,894 | | 7,116 | | | | | | | | | | | | | 2,753 | | 16,763 |
| Beaches Energy Services | | | | 16,672 | | | | | | | | | | | | | | | 16,672 |
| Jolt | 379 | 382 | | 382 | 379 | 132 | 381 | 382 | | 389 | | 262 | 306 | 288 | 931 | | 11,314 | 667 | 16,574 |
| Financial Systems Consulting | | | | | | | | | | | | | | | | | 16,000 | | 16,000 |
| Empire Distributors of TN, Inc. - Nashville | | | | | | | | | | | | | 9,073 | | | | 6,407 | | 15,480 |
| Orange County ABC - Fordham Blvd | | | | | | | | | 9,967 | | | | | | | | 5,375 | | 15,342 |
| Trane U.S. INC. | | | | | | | | 14,920 | | | | | | | | | | | 14,920 |
| City of Neptune Beach | | | | 14,899 | | | | | | | | | | | | | | | 14,899 |
| Best Brands Incorporated | | | | | | | | | | | | | 9,618 | | | | 5,121 | | 14,739 |
| JEA | | 14,412 | | | | | | | | | | | | | | | | | 14,412 |
| Helget Gas Products | 801 | 831 | 1,175 | 993 | 1,137 | 845 | 589 | 1,319 | 594 | 1,156 | | 480 | 444 | 542 | 1,047 | | 1,996 | | 13,949 |
| North Florida Sales Company, Inc. | | 4,234 | | 4,221 | | | | | | | | | | | | | 5,063 | | 13,518 |
| Concept Foods Service | 1,958 | | | | | | | 3,454 | 4,288 | | | | | | | | 3,337 | | 13,037 |
| Axis Portable Air LLC | 5,589 | | | | | | | | | | | | | | | | 7,393 | | 12,982 |
| Cozzini Bros Inc | 1,770 | 573 | 576 | 588 | 690 | 420 | 521 | 685 | 507 | 411 | 276 | 228 | 314 | 315 | 272 | | 4,579 | | 12,725 |
| Georgia Crown Distributing  Co | | | | | 5,141 | | | | | | | | | | | 3,077 | 4,385 | | 12,603 |
| Potomac Construction Services | | | | | | | | | | | | | | | | | | 12,525 | 12,525 |

| Creditor | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Republic National Dist - Jacksonville | 3,800 | | 3,325 | | | | | | | | | | | | | 5,399 | | **12,524** |
| Procore Technologies Inc. | | | | | | | | | | | | | | | | 12,444 | | **12,444** |
| Tryon Distributing Co. | | | | | | | 7,559 | 824 | | | | | | | | 3,743 | | **12,126** |
| Carport Creative LLC | | | | | | | | | | | | | | | | 12,000 | | **12,000** |
| Culture Index LLC | | | | | | | | | | | | | | | | 12,000 | | **12,000** |
| A1A Valet Parking of Jacksonville Inc. | | | 8,375 | | | | | | | | | | | | | 3,534 | | **11,909** |
| Micro Matic USA Inc | 7,120 | 2,417 | | | | | 2,194 | 169 | | | | | | | | | | **11,900** |
| Republic National Dist - Deerfield Bch. | | | | | | 4,783 | | | | | | | | | | 6,592 | | **11,375** |
| Savannah Distributing | | | | | 4,542 | | | | | | | | 2,744 | | | 4,068 | | **11,354** |
| Katz Coffee | 443 | 976 | 662 | 551 | 775 | 283 | 378 | 325 | 378 | 603 | 897 | 507 | | 376 | 186 | 3,924 | | **11,264** |
| Tech 24 - Commercial Foodservice Repair Inc. | 1,608 | | | | | | | 719 | | 2,437 | 3,068 | | | | | 3,216 | | **11,048** |
| Great Bay Distributors, Inc. | | | 7,800 | | | | | | | | | | | | | 2,867 | | **10,667** |
| Southern Star Distributors LTD | 690 | | | | | | | | | | 3,051 | | 3,855 | | | 2,332 | | **9,928** |
| Advanced Enviro Systems | | | | | | | | | | | | 5,850 | | | | 3,900 | | **9,750** |
| Johnson Brothers of NC dba Mutual Dist of NC | | | | | | 4,822 | 2,420 | | | | | | | | | 2,260 | | **9,502** |
| United Distributors | | | | 3,856 | | | | | | | | 2,092 | | | | 3,518 | | **9,466** |
| Premium Dist of VA-Chesbay/Chantilly/Richmond | | | | | | | | | | 7,141 | | | | | | 2,280 | | **9,421** |
| Konica Minolta (Equipment Financing) | 528 | 540 | | | 528 | 597 | | 531 | | | 525 | 1,032 | 561 | 564 | | 3,602 | | **9,008** |
| FCS Inc. | | | 9,000 | | | | | | | | | | | | | | | **9,000** |
| Dixson Home&Office Upgrades LLC | | | | | | | | | | | | | | | | 8,952 | | **8,952** |
| Airtech Specialist LLC | 2,040 | | | | | | | | | 3,566 | 3,218 | | | | | | | **8,824** |
| Lake Apopka Natural Gas District | | | | | 5,317 | | | | | | | | | | | 3,430 | | **8,747** |
| Atmos Energy | | | | | | | | | | | | 5,092 | 3,568 | | | | | **8,660** |
| Ben E. Keith Beverages | | | | | | | | | | | | 2,634 | 3,381 | | | 2,584 | | **8,599** |
| Leasecake | | | | | | | | | | | | | | | | 8,592 | | **8,592** |
| Corporate Cost Control | | | | | | | | | | | | | | | | 8,514 | | **8,514** |
| Spectrum Business | 274 | | 1,530 | | 732 | | | 340 | 1,095 | | | 1,119 | | | 807 | 2,293 | 270 | **8,460** |
| City Beverages Orlando | 1,324 | | | 3,728 | | | | | | | | | | | | 3,405 | | **8,457** |
| Hittn Skins | | | | | | | | | | | | | | | | 8,378 | | **8,378** |
| TOG | | | | | | | | | 4,138 | | | | | | | | | **8,276** |
| Orange County Tax Office | | | | | | | | | | | | | | | | 8,109 | | **8,109** |
| Gratuity Solutions LLC | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 210 | 2,340 | | **8,010** |
| Miya Inc | 322 | 928 | 375 | 614 | 318 | | 280 | 991 | 621 | 1,126 | 556 | 173 | 494 | | 388 | 644 | | **7,830** |
| Westside Electric Inc | 1,596 | | | | | | | | | | | | | | | 6,203 | | **7,799** |
| City of Dallas Water & Utilities | | | | | | | | | | | 4,469 | | | | | 3,326 | | **7,795** |
| Florida Distribution Company LLC | 4,955 | | | 2,700 | | | | | | | | | | | | | | **7,655** |
| ProToCall LLC | | | | | | | | | | | 5,450 | | 1,631 | | | 533 | | **7,614** |

Total 9,827,716

**Hawkers, LLC - Case No. 6:24-bk-05079-LVV**

**SoFA Exhibit 9 - Gifts or Charitable Contributions (2 years)**

| Date | Recipient | Address | Description | Amount |
|---|---|---|---|---|
| 4/29/2023 | CECO Professionals | 931 S Semoran Blvd, Winter Park Floor 32792, Orlando, FL, 32792 | Donation for Night Of Joy | $ 1,292.84 |
| 9/30/2023 | Cows 'n Cabs | 150 N New York Ave, Winter Park, FL, 32789 | Ticket Purchases | $ 3,150.00 |
| 10/4/2023 | Central Florida Sports Commission, Inc. | 400 W. Church St., Suite 250, Orlando, FL, 32801 | Sponsorship | $ 2,500.00 |
| 10/13/2023 | Central Florida Sports Commission, Inc. | 400 W. Church St., Suite 250, Orlando, FL, 32801 | Sponsorship | $ 2,500.00 |
| 10/31/2023 | The Christ School | 106 E Church St, Orlando, FL, 32801 | Donation | $ 1,000.00 |
| 11/6/2023 | Giving Kitchen | 970 Jefferson St NW STE 8, Atlanta, GA, 30318 | Dining with Gratitude Pledge | $ 1,000.00 |
| 1/9/2024 | LightHouse for the Blind and Visually Impaired | 215 E New Hampshire St, Orlando, FL 32804 | Donation | $ 3,300.00 |
| 2/13/2024 | Orlando Lions Travel Baseball LLC | 5165 Metrowest Blvd, Orlando, FL., 32811 | Sponsorship | $ 1,195.00 |
| 2/28/2024 | CECO Professionals | 931 S Semoran Blvd, Winter Park Floor 32792, Orlando, FL, 32792 | Donated Lunch for CECO annual BOD Retreat | $ 989.51 |
| 6/11/2024 | Bethesda Elementary PTA | 7600 Arlington Road, Bethesda, MD 20814 | Donation - Give Back Night | $ 1,707.70 |
| 6/20/2024 | Haven Retreats | 3721 San Jose Place, Suite 6, Jacksonville, FL, 32257 | Donation - Give Back Night | $ 1,603.20 |
| 7/1/2024 | LGBT Plus Center Orlando Inc. | 946 N. Mills Avenue, Orlando, FL 32803 | Donation - Give Back Night | $ 1,370.15 |
| 7/5/2024 | Very Asian Foundation | 11939 Manchester Rd Ste 303, St. Louis, MO, 63131 | Donation - AAPI Month Portion of Sales | $ 11,801.98 |
| 8/8/2024 | Central Florida Zoo | PO Box 470309, Lake Monroe, FL., 32747 | Donation - Give Back Night | $ 3,202.53 |
| | | | Total | $ 36,612.91 |

# Hawkers, LLC - 6:24-bk-05079-LVV
## SoFA Exhibit 25

|    | Related entities | EIN # |
|----|------------------|-------|
| 1  | HAWKERS INTERMEDIATE, LLC | 88-3909232 |
| 2  | HAWKERS TOPCO, LLC | 88-4050704 |
| 3  | HAWKERS GROWTH FUND I, LLC | 81-0826812 |
| 4  | HAWKERS GROWTH FUND II, LLC | 83-1030231 |
| 5  | HAWKERS HOLDINGS, LLC | 46-2198823 |
| 6  | HAWKERS, LLC **Lead Case** | 46-3628777 |
| 7  | DAWK INVESTMENTS, LLC | 47-4632451 |
| 8  | HAWKERS ADDISON, LLC | 88-1416906 |
| 9  | HAWKERS ASHFORD, LLC | 87-3141029 |
| 10 | HAWKERS BALLANTYNE, LLC | 93-3604854 |
| 11 | HAWKERS BALLSTON, LLC | 83-4194307 |
| 12 | HAWKERS BETHESDA, LLC | 83-3725253 |
| 13 | HAWKERS BEV CO, LLC | 87-1372984 |
| 14 | HAWKERS BEV CO ADDISON, LLC | 92-2765340 |
| 15 | HAWKERS CHAPEL HILL, LLC | 83-1726626 |
| 16 | HAWKERS DEEP ELLUM, LLC | 84-3918562 |
| 17 | HAWKERS DELRAY BEACH, LLC | 36-4865191 |
| 18 | HAWKERS DOMAIN, LLC | 92-3389450 |
| 19 | HAWKERS E. NASHVILLE, LLC | 83-3212393 |
| 20 | HAWKERS FIVE POINTS, LLC | 46-2425305 |
| 21 | HAWKERS FRANKLIN, LLC | 93-2092877 |
| 22 | HAWKERS GREENVILLE, LLC | 93-2054812 |
| 23 | HAWKERS GULCH, LLC n/k/a HAWKERS SARASOTA, LLC | 93-2033429 |
| 24 | HAWKERS HYDE PARK, LLC | 38-4038302 |
| 25 | HAWKERS MILLS50 REAL ESTATE, LLC | 82-5317771 |
| 26 | HAWKERS MOSAIC, LLC | 92-3405160 |
| 27 | HAWKERS NEPTUNE BEACH, LLC | 47-5355786 |
| 28 | HAWKERS OLD FOURTH WARD, LLC | 30-0988565 |
| 29 | HAWKERS SOUTHEND, LLC | 32-0534124 |
| 30 | HAWKERS ST. PETE REAL ESTATE, LLC | 82-1061327 |
| 31 | HAWKERS ST. PETE, LLC | 47-2721967 |
| 32 | HAWKERS WEST MIDTOWN, LLC | 37-1860084 |
| 33 | HAWKERS WINDERMERE, LLC | 30-0985669 |
| 34 | ORIENTAL HAWKERS, LLC | 27-4135428 |
| 35 | SOAPBOX ORLANDO LLC | 83-0704918 |
| 36 | HAWKERS GROWTH FUND III, LLC | 99-0569065 |
| 37 | HAWKERS HOUSTON HEIGHTS, LLC | 93-4517119 |
| 38 | HAWKERS PAYROLL, LLC | 93-4282498 |
| 39 | DAWK DINNEEN, LLC | 88-4234319 |

**Hawkers, LLC - 6:24-bk-05079-LVV**
**SoFA Exhibit 30**

| | | 2,023 | 2024 YTD (wk 37) |
|---|---|---|---|
| **Kaleb Harrell** | | | |
| | Car | 15,732 | 11,799 |
| | Car Insurance | 3,643 | 3,669 |
| | Gas | 7,217 | 3,795 |
| | F45 Training | 39 | 923 |
| | Ymca | | 420 |
| | Pro Management Cleaning | 7,540 | 5,510 |
| | Trust formation | 8,638 | |
| | **TOTAL** | **42,809** | **26,116** |
| | | | |
| **Allen Lo** | | | |
| | Car | 12,406 | 9,304 |
| | Car Insurance | 3,537 | 3,570 |
| | Gas | 5,089 | 2,764 |
| | F45 Training | 200 | |
| | Pro Management Cleaning | 7,800 | 5,700 |
| | Trust formation | 12,726 | |
| | **TOTAL** | **41,757** | **21,338** |
| | | | |
| **Wayne Yung** | | | |
| | Car | 13,274 | 9,955 |
| | Car Insurance | 3,643 | 3,669 |
| | Gas | 10,669 | 9,734 |
| | F45 Training | 1,999 | 1,631 |
| | Peloton Interactive | 497 | |
| | Pro Management Cleaning | 9,360 | 6,840 |
| | Trust formation | 9,940 | |
| | **TOTAL** | **49,382** | **31,829** |
| | | | |
| **Other** | | | |
| | Townhouse payments | 36,000 | 24,000 |
| | Warehouse payments | 115,000 | 105,583 |
| | Valuation for Trust | 12,500 | |
| | | **297,449** | **208,866** |

| Name | Job title | Annual Salary | Weekly Salary | Weekly Health | Weekly 401K |
|---|---|---|---|---|---|
| Kaleb Harrell | CEO | 281,420.36 | 5,411.93 | 223.37 | |
| Allen Lo | Brand/Market Chef | 177,420.36 | 3,411.93 | 110.00 | 170.60 |
| Wayne Young | Creative Director | 177,420.36 | 3,411.93 | 216.89 | 170.60 |